## Roxanne M Johnson

| | |
|---|---|
| **From:** | Russell Brown <rbrown@theregionlawyers.com> |
| **Sent:** | Tuesday, September 27, 2022 9:20 AM |
| **To:** | Roxanne M Johnson |
| **Subject:** | FW: Miguel Camacho |

Good Morning Roxanne,

I received your voicemail. I hope you are able to help Mr. Camacho. Below is an e-mail I received this morning from Karen Sue Sandage, the Matron at the Porter County Jail with his actual credit time of all of his state cases that were either dismissed or that he was acquitted of.

Please let me know how else I can help!



**Russell W. Brown, Jr.**
Founding Attorney | The Region Lawyers, Inc.

**Phone** 219-750-9380 | **Mobile** 574-551-9945
**Web** www.theregionlawyers.com
**Email** rbrown@theregionlawyers.com

9223 Broadway, Ste E, Merrillville, IN 46410



The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments - do not deliver, distribute or copy this message and/or any attachments and do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

**From:** Sandage, Karen Sue <KSandage@porterco-ps.org>
**Sent:** Tuesday, September 27, 2022 9:16 AM
**To:** Russell Brown <rbrown@theregionlawyers.com>
**Subject:** RE: Miguel Camacho

7/28/20-9/23/22

**From:** pd_Russell Brown <rbrown@theregionlawyers.com>
**Sent:** Tuesday, September 27, 2022 9:02 AM
**To:** Sandage, Karen Sue <KSandage@porterco-ps.org>
**Subject:** Miguel Camacho

**\*\*\*\* This is an EXTERNAL email. Exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. \*\*\*\***

**EXHIBIT A**

Good Morning Ms. Sandage,

I hope you are doing well. I represented Mr. Camacho on his state cases. The one case went to trial and the others have been dismissed. As you know, he is currently being held on a federal hold. Are you able to give me his credit days that he was in custody on his Porter Co cases?

Thank you for your time and efforts.

Sincerely,

**Russell W. Brown, Jr.**
Founding Attorney | The Region
Lawyers, Inc.

**Phone** 219-750-9380 | **Mobile** 574-551-9945
**Web** www.theregionlawyers.com
**Email** rbrown@theregionlawyers.com

9223 Broadway Ste E, Merrillville, IN 46410

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments - do not deliver, distribute or copy this message and/or any attachments and do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.